UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK FITZHENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 14-cv-10172 |
| CAREER EDUCATION CORPORATION, | ) | |
| | ) | Judge John W. Darrah |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Plaintiff's Motion For Limited Relief from Stay to Compel EduTrek to Preserve Evidence [92] is granted. The stay on discovery is modified for the limited purpose of requiring Defendant to obtain and retain records of all outbound calls that were made for purposes of generation of leads for education services. Status hearing/ruling re. other pending motions remains as scheduled. All other dates remain as scheduled.

Date:   2/25/2016                                    /s/ John W. Darrah