## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mark Fitzhenry | ) | Case No: 14 C 10172 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Career Education Corporation et al | ) | |

# **ORDER**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendants' Motion to Dismiss [67] is denied, Defendant EduTrek's Motion to Stay is denied [73], and Defendants' Motions to Strike Class Allegations [70, 78] are denied. Enter Memorandum Opinion and Order. Discovery ordered closed on 5/31/17. Pretrial conference is set for 11/1/17 at 1:30 p.m. Jury trial set for 11/6/17 at 9:00 a.m. Defendants to answer or otherwise plead by 3/30/16. Status hearing set for 3/23/16 at 9:30 a.m. regarding the scheduling order. If all parties agree on the current discovery schedule and dates, no appearance is needed on 3/23/16 and they shall advise the Courtroom Deputy by 3/15/16.


(T:)  00:05

Date:  3/1/16                                                                 /s/ Judge John W. Darrah