IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CAREER EDUCATION CORPORATION, and EDUTREK, LLC,<br><br>        Defendants. | NO. 1:14-cv-10172 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the parties hereby stipulate to dismissal with prejudice of this action, with Plaintiff Mark Fitzhenry to bear his own costs and attorneys' fees and with Career Education Corporation and EduTrek LLC waiving any claim to costs and attorneys' fees against Plaintiff Mark Fitzhenry only, and with all rights of appeal waived. None of the rights of any putative class members, except Plaintiff Mark Fitzhenry, shall be released or otherwise affected by this dismissal.

                For Plaintiff Mark Fitzhenry,

            By:   */s/ Alexander H. Burke*
                    Alexander H. Burke
                    BURKE LAW OFFICES, LLC
                    Email: aburke@burkelawllc.com
                    155 North Michigan Avenue, Suite 9020
                    Chicago, Illinois 60601
                    Telephone: (312) 729-5288
                    Facsimile: (312) 729-5289

       Beth E. Terrell, *Admitted Pro Hac Vice*
       Email: bterrell@tmdwlaw.com
       Mary B. Reiten
       Email:  mreiten@tmdwlaw.com
       TERRELL MARSHALL DAUDT & WILLIE PLLC
       936 North 34th Street, Suite 300
       Seattle, Washington  98103-8869
       Telephone:  (206) 816-6603
       Facsimile:  (206) 350-3528

       Edward A. Broderick
       Email: ted@broderick-law.com
       Anthony Paronich
       Email: anthony@broderick-law.com
       BRODERICK LAW, P.C.
       99 High Street, Suite 304
       Boston, MA  02110
       Telephone:  (617) 738-7080

       Matthew P. McCue
       Email: mmccue@massattorneys.net
       THE LAW OFFICE OF MATTHEW P. MCCUE
       1 South Avenue, Suite 3
       Natick, Massachusetts 01760
       Telephone:  (508) 655-1415
       Facsimile:  (508) 319-3077

For Defendant Career Education Corporation,

    */s/ Terance A. Gonsalves*
    Terance A. Gonsalves
    Email: terance.gonsalves@kattenlaw.com
    Charles Allan Devore
    Email:  charles.devore@kattenlaw.com
    Dawn Marie Canty
    Email:  dawn.canty@kattenlaw.com
    KATTEN MUCHIN ROSENMAN LLP
    525 West Monroe Street
    Chicago, Illinois  60661-3693
    Telephone:  (312) 902-5615
    Facsimile:  (312)-902-1061

        For Defendant EduTrek, LLC,

           */s/ Raymond Fitzgerald*
           Raymond Fitzgerald
           Email: rfitzgerald@bffmlaw.com
           BUTLER, FITZGERALD, FIVESON &
           McCARTHY, a Professional Corporation
           9 East 45th Street, Ninth Floor
           New York, NY 10017
           Telephone: (212) 615-2222

DATED this 8th day of April, 2016.

- 4 -

## CERTIFICATE OF SERVICE

I, Alexander H. Burke, hereby certify that on April 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record.

By: */s/ Alexander H. Burke*
Alexander H. Burke