**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Mark Fitzhenry

                              Plaintiff,

v.                                       Case No.: 1:14–cv–10172
                                                  Honorable John W. Darrah

Career Education Corporation, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 11, 2016:

      MINUTE entry before the Honorable John W. Darrah: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the parties hereby stipulate to dismissal with prejudice of this action, with Plaintiff Mark Fitzhenry to bear his own costs and attorneys' fees and with Career Education Corporation and EduTrek LLC waiving any claim to costs and attorneys' fees against Plaintiff Mark Fitzhenry only, and with all rights of appeal waived. None of the rights of any putative class members, except Plaintiff Mark Fitzhenry, shall be released or otherwise affected by this dismissal. Pretrial conference set for 11/1/17 and jury trial set for 11/6/17 is vacated. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.